# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 13, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152753

STAR TICKETS,
　　　　　　Plaintiff-Appellee,

v

CHUMASH CASINO RESORT,
　　　　　　Defendant-Appellant.
_____/

SC: 152753
COA: 322371
Oakland CC: 2014-138263-CB

　　　　On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 13, 2016



Clerk